THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SIMON R. MITCHELL,<br><br>Defendant. | Case No. 2:21-cv-00141-MJP<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>**[CLERK'S ACTION REQUIRED]** |

Pursuant to GR 2(g)(4)(A), Stephanie S. Andersen and Micah R. Steinhilb of Forsberg & Umlauf, P.S. hereby withdraw as Attorneys of Record for Plaintiff New York Life Insurance Company and Tim D. Wackerbarth and Andrew G. Yates of Lane Powell, PC hereby substitute as Attorneys of Record for Plaintiff New York Life Insurance Company.

Copies of all further papers and proceedings herein, except original process, shall be served upon the substituted Attorneys of Record at the address below.

This withdrawal and substitution of attorneys will be effective immediately.

STIPULATION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 1
CASE NO. 2:21-CV-00141-MJP
021670.0107/8419235.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

DATED this 16th day of April, 2021.

| LANE POWELL, PC | FORSBERG & UMLAUF, P.S. |
|---|---|
| By *[signature]*<br>Tim D. Wackerbarth, WSBA No. 13673<br>wackerbartht@lanepowell.com<br>Andrew G. Yates, WSBA No. 34239<br>yatesa@lanepowell.com<br><br>*Substituting Attorneys for Plaintiff*<br>*New York Life Insurance Company* | By *[signature]*<br>Stephanie S. Andersen, WSBA No. 22250<br>Micah R. Steinhilb, WSBA No. 45311<br>901 Fifth Avenue, Suite 1400<br>Seattle WA 98104<br>Telephone: (206) 689-8500<br>E-mail: Sandersen@FoUm.law<br>E-mail: MSteinhilb@FoUm.law<br><br>*Withdrawing Attorneys for Plaintiff*<br>*New York Life Insurance Company* |

STIPULATION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 2
CASE NO. 2:21-CV-00141-MJP

021670.0107/8419235.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

ORDER

Pursuant to the stipulation of the parties, and the Court having reviewed the Stipulation for Withdrawal and Substitution of Counsel, GRANTS leave of Stephanie S. Andersen and Micah R. Steinhilb to withdraw as counsel for Plaintiff New York Life Insurance Company and Tim D. Wackerbarth and Andrew G. Yates to substitute as counsel for Plaintiff New York Life Insurance Company, effective immediately.

DATED:_____

_____
HONORABLE MARSHA J. PECHMAN
United States District Court for the
Western District of Washington

Presented by:

FORSBERG & UMLAUF, P.S.

By _____
Stephanie S. Andersen, WSBA No. 22250
Micah R. Steinhilb, WSBA No. 45311
901 Fifth Avenue, Suite 1400
Seattle WA 98104
Telephone: (206) 689-8500
E-mail: Sandersen@FoUm.law
E-mail: MSteinhilb@FoUm.law

*Withdrawing Attorneys for Plaintiff
New York Life Insurance Company*

LANE POWELL PC

By: _____
Tim D. Wackerbarth, WSBA No. 13673
wackerbartht@lanepowell.com
Andrew G. Yates, WSBA No. 34239
yatesa@lanepowell.com

*Substituting Attorneys for Plaintiff New York
Life Insurance Company*

STIPULATION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 3
CASE NO. 2:21-CV-00141-MJP

021670.0107/8419235.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## LCR 83.2(b)(1) CERTIFICATION

The undersigned counsel for Plaintiff New York Life Insurance Company hereby certifies, pursuant to LCR 83.2(b)(1), this this Stipulation and Order for Withdrawal and Substitution of Counsel has been served on Plaintiff New York Life Insurance Company by electronic mail to regina_v_won@newyorklife.com.

DATED: April 16, 2021.

LANE POWELL PC

By: _____
Tim D. Wackerbarth, WSBA No. 13673
wackerbartht@lanepowell.com
Andrew G. Yates, WSBA No. 34239
yatesa@lanepowell.com

*Substituting Attorneys for Plaintiff New York Life Insurance Company*

STIPULATION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 4
CASE NO. 2:21-CV-00141-MJP
021670.0107/8419235.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107