UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>    v.<br><br>SIMON R. MITCHELL,<br><br>                Defendant. | CASE NO. C21-141 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court, having reviewed and received the Stipulation and Order for Withdrawal and Substitution of Counsel (Dkt. No. 10), notes that the motion, although filed as stipulated, fails to comply with Local Rule 83.2(b) by including the signatures of opposing counsel. The Motion is therefore DENIED without prejudice to refile in accordance with the Local Rules.

MINUTE ORDER - 1

| | |
|---|---|
| 1 | The clerk is ordered to provide copies of this order to all counsel. |
| 2 | Filed April 19, 2021. |

William M. McCool
Clerk of Court

s/Grant Cogswell
Deputy Clerk
