THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SIMON R. MITCHELL,<br><br>　　　　　　　　　　Defendant. | Case No. 2:21-cv-00141-MJP<br><br>**STIPULATION AND PROPOSED ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>**[CLERK'S ACTION REQUIRED]** |

Pursuant to GR 2(g)(4)(A), Stephanie S. Andersen and Micah R. Steinhilb of Forsberg & Umlauf, P.S. hereby withdraw as Attorneys of Record for Plaintiff New York Life Insurance Company and Tim D. Wackerbarth and Andrew G. Yates of Lane Powell, PC, hereby substitute as Attorneys of Record for Plaintiff New York Life Insurance Company.

Copies of all further papers and proceedings herein, except original process, shall be served upon the substituted Attorneys of Record at the address below.

This withdrawal and substitution of attorneys will be effective immediately.

STIPULATION AND PROPOSED ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1
CASE NO. 2:21-CV-00141-MJP

021670.0107/8419235.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

DATED this 20th day of April, 2021.

| | |
|---|---|
| LANE POWELL, PC | FORSBERG & UMLAUF, P.S. |
| By  *s/ Tim. D. Wackerbarth*<br>Tim D. Wackerbarth, WSBA No. 13673<br>wackerbartht@lanepowell.com<br>Andrew G. Yates, WSBA No. 34239<br>yatesa@lanepowell.com<br><br>*Substituting Attorneys for Plaintiff*<br>*New York Life Insurance Company* | By *s/Micah R. Steinhilb*<br>Stephanie S. Andersen, WSBA No. 22250<br>Micah R. Steinhilb, WSBA No. 45311<br>901 Fifth Avenue, Suite 1400<br>Seattle WA 98104<br>Telephone: (206) 689-8500<br>E-mail:  Sandersen@FoUm.law<br>E-mail:  MSteinhilb@FoUm.law<br><br>*Withdrawing Attorneys for Plaintiff*<br>*New York Life Insurance Company* |

TALMADGE/FITZPATRICK

By *s/ Philip A. Talmadge* (per telephonic authority *TDW*)
Philip A. Talmadge, WSBA No. 6973
phil@tal-fitzlaw.com
Gary W. Manca, WSBA No. 42798
gary@tal-fitzlaw.com

*Attorneys for Defendant Simon R. Mitchell*

STIPULATION AND PROPOSED ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2
CASE NO. 2:21-CV-00141-MJP

021670.0107/8419235.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

ORDER

Pursuant to the stipulation of the parties, and the Court having reviewed the Stipulation for Withdrawal and Substitution of Counsel GRANTS leave of Stephanie S. Andersen and Micah R. Steinhilb to withdraw as counsel for Plaintiff New York Life Insurance Company and Tim D. Wackerbarth and Andrew G. Yates to substitute as counsel for Plaintiff New York Life Insurance Company, effective immediately.

DATED:_____

_____
HONORABLE MARSHA J. PECHMAN
United States District Court for the
Western District of Washington

STIPULATION AND PROPOSED ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 3
CASE NO. 2:21-CV-00141-MJP

021670.0107/8419235.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

1  Presented by:

2  FORSBERG & UMLAUF, P.S.                    LANE POWELL PC

3

4  By *s/Micah R. Steinhilb*                  By: *s/ Tim D. Wackerbarth*
   Stephanie S. Andersen, WSBA No. 22250      Tim D. Wackerbarth, WSBA No. 13673
5  Micah R. Steinhilb, WSBA No. 45311         wackerbartht@lanepowell.com
   901 Fifth Avenue, Suite 1400               Andrew G. Yates, WSBA No. 34239
6  Seattle WA 98104                           yatesa@lanepowell.com
   Telephone: (206) 689-8500                  1420 Fifth Avenue, Suite 4200
7  E-mail: Sandersen@FoUm.law                 Seattle, WA 98101
   E-mail: MSteinhilb@FoUm.law                Telephone: (206) 223-7000
8
   *Withdrawing Attorneys for Plaintiff*      *Substituting Attorneys for Plaintiff New York*
9  *New York Life Insurance Company*          *Life Insurance Company*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**LCR 83.2(b)(1) CERTIFICATION**

The undersigned counsel for Plaintiff New York Life Insurance Company hereby certifies, pursuant to LCR 83.2(b)(1), this this Stipulation and Order for Withdrawal and Substitution of Counsel has been served on Plaintiff New York Life Insurance Company by electronic mail to regina_y_won@newyorklife.com.

DATED: April 20, 2021.

           LANE POWELL PC

           By*: s/ Tim D. Wackerbarth*
           Tim D. Wackerbarth, WSBA No. 13673
           wackerbartht@lanepowell.com
           Andrew G. Yates, WSBA No. 34239
           yatesa@lanepowell.com

           *Substituting Attorneys for Plaintiff New York Life Insurance Company*

STIPULATION AND PROPOSED ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 5
CASE NO. 2:21-CV-00141-MJP

021670.0107/8419235.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107