THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SIMON R. MITCHELL,<br><br>Defendant. | Case No. 2:21-cv-00141-MJP<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

Pursuant to GR 2(g)(4)(A), Stephanie S. Andersen and Micah R. Steinhilb of Forsberg & Umlauf, P.S. hereby withdraw as Attorneys of Record for Plaintiff New York Life Insurance Company and Tim D. Wackerbarth and Andrew G. Yates of Lane Powell, PC, hereby substitute as Attorneys of Record for Plaintiff New York Life Insurance Company.

Copies of all further papers and proceedings herein, except original process, shall be served upon the substituted Attorneys of Record at the address below.

This withdrawal and substitution of attorneys will be effective immediately.

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

DATED this 20th day of April, 2021.

LANE POWELL, PC

By *s/ Tim. D. Wackerbarth*
Tim D. Wackerbarth, WSBA No. 13673
wackerbartht@lanepowell.com
Andrew G. Yates, WSBA No. 34239
yatesa@lanepowell.com

*Substituting Attorneys for Plaintiff New York Life Insurance Company*

FORSBERG & UMLAUF, P.S.

By *s/Micah R. Steinhilb*
Stephanie S. Andersen, WSBA No. 22250
Micah R. Steinhilb, WSBA No. 45311
901 Fifth Avenue, Suite 1400
Seattle WA 98104
Telephone: (206) 689-8500
E-mail: Sandersen@FoUm.law
E-mail: MSteinhilb@FoUm.law

*Withdrawing Attorneys for Plaintiff New York Life Insurance Company*

TALMADGE/FITZPATRICK

By *s/ Philip A. Talmadge* (per telephonic authority *TDW*)
Philip A. Talmadge, WSBA No. 6973
phil@tal-fitzlaw.com
Gary W. Manca, WSBA No. 42798
gary@tal-fitzlaw.com

*Attorneys for Defendant Simon R. Mitchell*

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

ORDER

Pursuant to the stipulation of the parties, and the Court having reviewed the Stipulation for Withdrawal and Substitution of Counsel GRANTS leave of Stephanie S. Andersen and Micah R. Steinhilb to withdraw as counsel for Plaintiff New York Life Insurance Company and Tim D. Wackerbarth and Andrew G. Yates to substitute as counsel for Plaintiff New York Life Insurance Company, effective immediately.

DATED: April 20, 2021

HONORABLE MARSHA J. PECHMAN
United States District Court for the Western District of Washington

STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 3 CASE NO. 2:21-CV-00141-MJP

021670.0107/8419235.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Presented by:

FORSBERG & UMLAUF, P.S.

By *s/Micah R. Steinhilb*
Stephanie S. Andersen, WSBA No. 22250
Micah R. Steinhilb, WSBA No. 45311
901 Fifth Avenue, Suite 1400
Seattle WA 98104
Telephone: (206) 689-8500
E-mail: Sandersen@FoUm.law
E-mail: MSteinhilb@FoUm.law

*Withdrawing Attorneys for Plaintiff New York Life Insurance Company*

LANE POWELL PC

By: *s/ Tim D. Wackerbarth*
Tim D. Wackerbarth, WSBA No. 13673
wackerbartht@lanepowell.com
Andrew G. Yates, WSBA No. 34239
yatesa@lanepowell.com
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101
Telephone: (206) 223-7000

*Substituting Attorneys for Plaintiff New York Life Insurance Company*

STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 4 CASE NO. 2:21-CV-00141-MJP

021670.0107/8419235.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

**LCR 83.2(b)(1) CERTIFICATION**

The undersigned counsel for Plaintiff New York Life Insurance Company hereby certifies, pursuant to LCR 83.2(b)(1), this this Stipulation and Order for Withdrawal and Substitution of Counsel has been served on Plaintiff New York Life Insurance Company by electronic mail to regina_y_won@newyorklife.com.

DATED: April 20, 2021.

LANE POWELL PC

By: *s/ Tim D. Wackerbarth*
Tim D. Wackerbarth, WSBA No. 13673
wackerbartht@lanepowell.com
Andrew G. Yates, WSBA No. 34239
yatesa@lanepowell.com

*Substituting Attorneys for Plaintiff New York Life Insurance Company*

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107