UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, | CASE NO. C21-141 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SIMON R. MITCHELL, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Clerk of Court shall submit to the Washington Supreme Court certified copies of the docket sheet in the above-captioned matter and all documents filed under Docket Numbers 1, 12, 15, and 33 in this proceeding. The record so compiled contains all matters in the pending case deemed material for consideration of the local-law questions certified for answer. The Clerk is ordered to provide copies of this order to all counsel.

Filed October 22, 2021.

MINUTE ORDER - 1

|   |   |
|---|---|
| 1 | Ravi Subramanian |
| 2 | Clerk of Court |
| 3 | s/Serge Bodnarchuk |
|   | Deputy Clerk |