UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>    v.<br><br>SIMON R MITCHELL,<br><br>                Defendant. | CASE NO. C21-141 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO SUPPLEMENT RECORD ON CERTIFICATION |

This matter is before the Court on the Parties' stipulated motion to supplement the record on certification to the Washington Supreme Court. (Dkt. No. 36.) The Court GRANTS the motion.

The Court granted Defendant's motion to certify questions to the Washington Supreme Court, (Dkt. No. 33), and directed the Clerk to submit to the Washington Supreme Court certified copies of the docket sheet and all documents filed under Docket Numbers 1, 12, 15, and 33, (Dkt. No. 34). These documents include the pleadings and the Court's order on certification. The Parties now ask the Court to submit documents filed under Docket Numbers 18–32 as well.

These documents comprise all briefing and supporting declarations for Defendant's motions for summary judgment, to stay discovery and for a protective order, and to certify questions to the Washington Supreme Court.  (Dkt. No. 36.)

"Certificate procedure shall include and be based upon the record and may include a supplemental record."  Wash. Rev. Code § 2.60.030(2).  The "record" on certification is defined as:

> (a) A stipulation of facts approved by the federal court showing the nature of the case and the circumstances out of which the question of law arises or such part of the pleadings, proceedings and testimony in the cause pending before the federal court as in its opinion is necessary to enable the supreme court to answer the question submitted; (b) a statement of the question of local law certified for answer. The record shall contain a certificate under the official seal of the court, signed by the chief judge of a multi-judge federal court or judge of the district court utilizing certificate procedure stating that the record contains all matters in the pending cause deemed material for consideration of the local law question certified for answer.

Wash. Rev. Code § 2.60.010(4).  The Court accepts the Parties' position that the additional portions of the record may be necessary to enable the Washington Supreme Court to answer the question submitted and directs the Clerk to submit to the Washington Supreme Court certified copies of this Order and all documents filed under Docket Numbers 18–32, 34, and 36.  The record so compiled contains all matters in the pending case deemed material for consideration of the local-law questions certified for answer.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 24, 2021.

_____
Marsha J. Pechman
United States Senior District Judge